Form oclscs

# United States Bankruptcy Court

District of South Dakota

**Case Number: 12–40724**
**Chapter: 7**

**In re:**
**Daniel Joseph Peterson**
SSN/ITIN xxx–xx–3617

# ORDER DISCHARGING TRUSTEE AND CLOSING CASE

IT APPEARING Trustee Lee Ann Pierce has filed a final report and final account; and

IT FURTHER APPEARING the trustee has certified the estate has been fully administered; and

IT FURTHER APPEARING no timely objection has been filed by the United States Trustee or a party in interest;

IT IS HEREBY ORDERED that the trustee is discharged; and

IT IS FURTHER ORDERED that the case is closed.

Dated: 5/6/13

BY THE COURT

Charles L. Nail, Jr.
United States Bankruptcy Judge